CALDWELL v. NEW YORK & H. R. CO. (Supreme Court, Appellate Division, First Department. June 26, 1905.) Action by Emily R. Caldwell against the New York & Harlem Railroad Company. No opinion. Motion granted.

CARLISLE v. BARNES. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by John G. Carlisle against Reon Barnes. No opinion. Motion denied, with $10 costs.

CAROLAN v. O'DONNELL. (Supreme Court, Appellate Division, First Department. June 26, 1905.) Action by Patrick M. Carolan against Anthony O'Donnell. No opinion. Motion denied.

CARRINGTON v. ISELIN. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Edward C. Carrington against Adrian Iselin, Jr. No opinion. Motion denied, with $10 costs.

In re CAVANAGH. (Supreme Court, Appellate Division, Second Department. June 9, 1905.) In the matter of the application of Richard B. Cavanagh for admission to the bar. No opinion. Application granted.

CEIGLER, Respondent, v. HOPPER–MORGAN CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 23, 1905.) Action by George W. Ceigler against the Hopper-Morgan Company. No opinion. Judgment and order affirmed, with costs. See 85 N. Y. Supp. 656.

CHAPMAN, Appellant, v. SHATTUCK, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 17, 1905.) Action by Stephen J. Chapman against William Shattuck.
PER CURIAM. Judgment of County Court reversed, with costs, and judgment of the justice's court affirmed, with costs. Held, that plaintiff produced sufficient evidence to uphold the judgment on all the issues involved.
STOVER, J., not voting.

CHASE, Respondent, v. DEERING, Appellant, et al. (Supreme Court, Appellate Division, Second Department. June 9, 1905.) Action by Charlotte L. Chase against James A. Deering and others. No opinion. Motion denied.

CHIAIA, Respondent, v. E. B. SEAMAN & SON, Appellant. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Michael Chiaia, an infant, against E. B. Seaman & Son. R. B. Aldcroft, Jr., for appellant. T. J. O'Neill, for respondent.
PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellate to abide event, unless plaintiff stipulates to reduce judgment as entered to $605.58, in which event judgment as so modified and order affirmed, without costs.

In re CITY OF TROY. (Supreme Court, Appellate Division, Third Department. June 29, 1905.) In the matter of the application of the city of Troy for the appointment of commissioners to appraise the damages to owners of land, etc., including Jonathan Norton, who appeals. No opinion. Final order affirmed, with costs.

CLARKE, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1905.) Action by William Clarke against the New York Central & Hudson River Railroad Company. No opinion. Motion denied.

CLASSEN et al., Appellants, v. EMPIRE BEET SUGAR CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 17, 1905.) Action by Bertha M. Classen and another against the Empire Beet Sugar Company. No opinion. Judgment and order affirmed, with costs.

COBINE, Respondent, v. OTSEGO COUNTY FARMERS' CO-OP. FIRE INS. CO.. Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1905.) Action by Theodore Cobine against the Otsego County Farmers' Co-operative Fire Insurance Company. No opinion. Judgment and order unanimously affirmed, with costs.

COHEN v. PARNASS et al. (Supreme Court, Appellate Division, First Department. June 26, 1905.) Action by Morris Cohen against Samuel Parnass and another. No opinion. Motion denied, with $10 costs.

COLES, Respondent, v. NEW YORK CASUALTY CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1905.) Action by John Coles, Jr., against the New York Casualty Company. No opinion. Judgment and order of the County Court of Orange county affirmed, with costs. See 83 N. Y. Supp. 1063.

COLVIN v. FARGO. (Supreme Court, Appellate Division, First Department. June 26, 1905.) Action by Carrie T. Colvin against James C. Fargo. No opinion. Motion denied, with $10 costs.

COMMERCIAL NAT. BANK OF SYRACUSE, Appellant, v. ZIMMERMAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 23, 1905.) Action by the Commercial National Bank of Syracuse against Martha E. Zimmerman, as administrator, etc. No opinion. Judgment affirmed, with costs.